UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Cory A. Trboyevich,

        Plaintiff,

ORDER ADOPTING THE
REPORT AND RECOMMENDATION

vs.

Michael J. Astrue,[1] Commissioner
of Social Security,

        Defendant.        Civ. No. 07-152 (ADM/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    That the Plaintiff's Motion [Docket No. 6] for Summary Judgment is DENIED.

    2.    That the Defendant's Motion [Docket No. 8] for Summary Judgment is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

        s/Ann D. Montgomery

        Ann D. Montgomery, Judge
        United States District Court

DATED: February 11, 2008
At Minneapolis, Minnesota

---

    [1]On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security, and pursuant to Rule 25(d)(1), Federal Rules of Civil Procedure, we have substituted him as the named Defendant.